ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2014 OCT -1 PM 2:49

CLERK C Adams
SO. DIST. OF GA.

# IN THE U.S. DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# DUBLIN DIVISION

**COMPANION PROPERTY AND
CASUALTY INSURANCE COMPANY,**

    Plaintiff,

v.

**ASHTAN NICOLE SPANGENBURG,
KYLEE MARIE SPANGENBURG,
KEVETTE R. SPANGENBURG,
WOODARD LAND & TIMBER, INC.,
VANN LOGGING, INC., DURHAM A.
MICKEY VANN d/b/a M. VANN
LOGGING, INC., SAMUEL IAN
HAGERMAN d/b/a SAM'S
TRANSPORT, CHAD ERIC
METZ, and HAWKINS AND
RAWLINSON, INC.,**

    Defendants.

**CIVIL ACTION NO.
3:14-CV-00076-DHB-BKE**

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This ___ day of October, 2014.

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

*****

**NAME OF PETITIONER:**     Warren C. Grice
LAW OFFICES OF WARREN C. GRICE
830 Mulberry Street, Suite 103
Macon, Georgia 31201
Telephone: (478) 743-0079
Georgia Bar No. 310450
Email: warrengrice@gmail.com