IN THE U.S. DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

COMPANION PROPERTY AND
CASUALTY INSURANCE COMPANY,

      Plaintiff,

vs.

ASHTAN NICOLE SIMMONS f/k/a
ASHTAN NICOLE SPANGENBURG,
KYLEE MARIE SPANGENBURG,
NORBORD GEORGIA, LLC,
WOODARD LAND & TIMBER, INC.,
DURHAM A. MICKEY VANN d/b/a M.
VANN LOGGING, SAMUEL IAN
HAGERMAN d/b/a SAM'S
TRANSPORT,
CHAD ERIC METZ and HAWKINS
AND RAWLINSON, INC.,

      Defendants.

Civil Action File No.
3:14-CV-00076-DHB-BKE

## **ORDER**

It appearing to the Court that the parties consent hereto, and for good cause shown, the parties' joint motion to stay proceedings pending outcome of mediation is hereby granted as follows:

1.

This action is stayed until further order of this Court.

2.

The parties will participate in a mediation to be conducted within thirty days of obtaining relief from the bankruptcy court to proceed with said mediation.

3.

Within five days of the conclusion of the mediation, counsel for plaintiff will advise this Court whether the case was resolved at mediation.

4.

The parties shall file notice with this Court within two days of the Bankruptcy Court ruling on the request for relief from the stay to conduct said mediation. The notice shall include date-certain deadlines for completion of mediation and discovery. The deadline for completion of discovery will be sixty days from the date of the opening mediation session, not to include any period of negotiation that follows. In the event the Bankruptcy Court denies relief from the stay, discovery shall be completed within sixty days from the date of the Bankruptcy Court's ruling.

SO ORDERED this 22nd day of April, 2015, at Augusta, Georgia.

_/s/ Brian K. Epps_
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

Consented to:

/s/ Harvey S. Gray
HARVEY S. GRAY
Georgia Bar No. 305838
*Gray, Rust, St. Amand, Moffett & Brieske, LLP*
1700 Atlanta Plaza
950 East Paces Ferry Road
Atlanta, GA 30326
Telephone: (404) 870-7376
Fax: (404) 870-7374
Email: hgray@grsmb.com
*Attorney for Companion Property and Casualty Insurance Company*

/s/ Kenneth L. Shigley
KENNETH L. SHIGLEY
Georgia Bar No. 642744
*Shigley Law, LLC*
950 East Paces Ferry Road Suite 1625
Atlanta, GA 30326
Telephone: 404-253-7862
Facsimile: 678-791-1728 Email: ken@shigleylaw.com *Attorney for Ashtan Nicole Spangenburg and Kylee Marie Spangenburg*

**/s/Jason D. Lewis**
Jason D. Lewis
Georgia Bar No. 197856
Chambless, Higdon, Richardson, Katz & Griggs, LLP
P. O. Box 18086
Macon, GA 31209-8086
*Attorney for Samuel Ian Hagerman, d/b/a Sam's Transport*

**/s/ Warren C. Grice**
Warren C. Grice
Georgia Bar No. 310450
Law Offices of Warren C. Grice
830 Mulberry Street, Suite 103
Macon, GA 31201
*Attorney for Defendant Woodard Land & Timber, Inc.*

**/s/Durham A Mickey Vann**
Durham A. Mickey Vann *Pro Se*
605 South 2nd Street
Glenwood, Georgia 30428

**/s/Beth Boone**
Beth Boone, Esq.
Georgia Bar No. 130300
Hall Booth Smith, P.C.
3528 Darien Highway
Suite 300
Brunswick, GA 31525
*Attorney for Hawkins and Rawlinson, Inc.*