ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2015 AUG 25 PM 4:05
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | |
|---|---|
| COMPANION PROPERTY AND CASUALTY INSURANCE COMPANY, | * * * |
| Plaintiff, | * * |
| v. | * Civil Action No. * CV 314-076 * |
| ASHTAN NICOLE SIMMONS, et al., | * * |
| Defendants. | * |

## O R D E R

On August 25, 2015, the parties in the captioned case filed a "Joint Stipulation of Dismissal." In accordance with this Stipulation and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), **IT IS ORDERED** that all claims, cross-claims, and counterclaims asserted in the case are **DISMISSED WITH PREJUDICE**. The Clerk is directed to **CLOSE** this case. Each party shall bear their own costs.

**ORDER ENTERED** at Augusta, Georgia, this 25 day of August, 2015.

UNITED STATES DISTRICT JUDGE